CENTER COURT, INC. v. THE BOARD OF ADJUSTMENT
OF THE BOROUGH OF CHATHAM AND
WILLIAM P. WEICHERT.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PATSY J. TRUGLIA.

November 1, 1983.

Cross-petition for certification granted. (See 94 *N.J.* 945 (1983)).

RIVERSIDE GENERAL HOSPITAL v. NEW JERSEY HOSPITAL
RATE SETTING COMMISSION.

November 1, 1983.

Petition for certification granted.

IN THE MATTER OF THE PETITION OF ALMERTH
M. BATTLE.

November 1, 1983.

Petition for certification granted.